Case No: 09-08110

# UNITED STATES BANKRUPTCY COURT

Northern DISTRICT Of Illinois

**Chicago** Division

In re: **Marc Eugene O'Shea**      Case No **09-08110**
**Michelle O'Shea**         Chapter: **13**

Property Address: **2202 ASHBY LANE  PLAINFIELD, IL  60586**

Last four digits of any number you use
to identify the debtor's account: **3378**

Court Claim No. (if known) **n/a**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") date **1/17/2014**
and filed as Docket No **63**

### Pre-Petition Default Payments      Applicable option is checked.

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due **$0.00**

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments      Applicable option is checked.

☑ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due **$0.00**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor      ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X _____      X __03/12/2014_____
       Signature                                    Date (MM/DD/YYYY)

First Name: Nina          Middle Name: Z.          Last Name: Javan

Title: Attorney for Bank of America, N.A.

Company: Prober and Raphael A Law Corporation

Address: 20750 Ventura Boulevard, Suite 100

City: Woodland Hills          State: CA          Zip: 91364

Phone: (818) 227-0100

Case No.: 09-08110

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

| Description | Date Incurred | Amount |
| --- | --- | --- |
|  |  |  |

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Description | Date Incurred | Amount |
| --- | --- | --- |
|  |  |  |

## SPECIAL NOTICE

THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify Prober and Raphael, ALC within 30 days that all or a part of your obligation or judgment is disputed, then Prober and Raphael, ALC will mail you a written verification of the obligations or judgment and the amounts owed to Bank of America, N.A. In addition and upon your request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Asalia Catalan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On March 12, 2014, I served the within STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Marc Eugene O'Shea
Michelle O'Shea
2202 Ashby Lane
Plainfield, IL 60586

Nathan E Curtis
Geraci Law L.L.C.
55 E. Monroe St. # 3400
Chicago, IL 60603

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2014 at Woodland Hills, California.

          /s/ Asalia Catalan

2